

**ORDERED in the Southern District of Florida on August 24, 2020.**

*Laurel M. Isicoff*
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No. 18-11056-LMI |
| | Chapter 7 |
| Carlos Alberto Garcia, | |
| Debtor, | |
| _____/ | |
| Drew M. Dillworth, as Chapter 7 Trustee, | Adv. Pro. No. 20-01049-LMI |
| Plaintiff, | |
| vs. | |
| Esteban Guerra, Ivonne Perez and Ericka J. Perez a/k/a Ericka J. Perez Garcia | |
| Defendants. | |
| _____/ | |

**ORDER GRANTING-IN-PART
TRUSTEE'S OMNIBUS MOTION TO:1) ENTER ORDER TO SHOW CAUSE; 2)
AWARD SANCTIONS, FEES AND COSTS; 3) COMPEL ATTENDANCE AT 7030
EXAMINATION *DUCES TECUM*; 4) PRODUCE DUCES TECUM DOCUMENTS; 5)
RESPOND TO DISCOVERY REQUESTS; AND, 6) DEEM ADMISSIONS FINAL AND
<u>ENTER PRESUMPTION IN FAVOR OF TRUSTEE</u>**

This matter came on before the Court on August 19th, 2020 at 10:30 a.m., on notice

to the Parties, for hearing on the *Trustee's Omnibus Motion To: 1) Enter Order To Show*

*Cause; 2) Award Sanctions, Fees and Costs; 3) Compel Attendance At 7030 Examination; 4) Produce Duces Tecum Documents; 5) Respond To Discovery Requests; And, 6) Deem Admissions Final And Enter Presumption In Favor Of Trustee* [ECF No. 48] (the "**Motion**"), and the Court, noting the failure of Defendant Ivonne Perez's counsel, Jonathan Y. Markhoff, Esq., to appear and represent his client, heard argument and proffer by Trustee's/Plaintiff's counsel, and based upon the record and applicable law and rules, does hereby

FIND, ORDER and ADJUDGE that:

1. The ***Motion*** [ECF No. 48] is **GRANTED-IN-PART** as more fully set forth hereinbelow.

2. As to the Defendant Ivonne Perez:

    a) Defendant Ivonne Perez's pleadings are stricken;

    b) Defendant Ivonne Perez is prohibited from supporting or opposing designated claims or defenses, and from introducing designated matters into evidence; and,

    c) The Trustee's/Plaintiff's *Request for Admissions* [ECF No. 25], are deemed admitted for all purposes.

3. Furthermore, the Court finds it appropriate in these circumstances to assess all fees and costs associated with the Trustee's efforts to obtain the requested discovery set forth in ECF #25 for which Defendant Ivonne Perez did not timely respond or otherwise failed to respond to.

4. However, the Court will assess Mr. Markhoff individually for all such fees and costs incurred by the Trustee after the failure of the Defendant Ivonne Perez to

2

        timely and completely respond to the discovery requests in ECF No. 25, which would include but not be limited to all fees and costs associated with:

    a) any discovery sought by the Trustee as a result of the failure to timely respond to ECF #25;

    b) the ***Motion***, and hearing thereon;

    c) the 7030 Examination (ECF No. 45), and the instant Hearing;

    d) the telephone calls, correspondence/emails, preparation and research and all other related efforts and costs incurred by the Trustee's counsel to obtain said discovery.

5. Within fourteen (14) days of entry of this Order, Trustee's counsel will file a Notice with his fees and costs set forth therein or attached thereto for which he seeks an award per this Order; and, Mr. Markhoff shall have fourteen (14) days after filing of said Notice to either: a) pay same to James B. Miller, Esq.,[1] or b) make a detailed objection (the "Objection") to particular fees and/or costs and the basis for each such objection.

6. If Markhoff timely files an Objection, the Court will then review the Notice and Objection and determine the reasonable award.

7. The Court also reserves to enter further rulings, orders and/or decrees arising out of relating to the *Motion*, this *Order* and any matters in the Adversary Proceeding it deems appropriate, including, but not limited to an order to show cause directed at Markhoff.

###

---

[1] If timely paid by Markhoff, Mr. Miller shall file a notice with the Court indicating same.

Submitted by:
James B. Miller, Esq.
Trustee's Counsel
19 West Flagler Street, Suite 416
Miami, FL33130
Telephone:  (305) 374-0200
Facsimile:  (305) 374-0250
email:  jbm@title11law.com

<u>(Attorney Miller shall file a certificate of service as to this Order)</u>

4