UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-11056-LMI |
| | Chapter 7 |
| CARLOS ALBERTO GARCIA, | |
| | Adv. No. 20-01049-LMI |
| Debtor. | |
| _____/ | |
| DREW M. DILLWORTH, | |
| as Chapter 7 Trustee | Plaintiff, |
| Plaintiff, | |
| vs. | |
| ESTEBAN GUERRAN and | |
| IVONNE PEREZ, | |
| Defendants. | |
| _____/ | |

### EXPEDITED MOTION TO WITHDRAW
### AS COUNSEL FOR DEFENDANT, IVONNE PEREZ

Mark S. Roher, Esq. and the Law Office of Mark S. Roher, P.A. files this Expedited Motion to Withdraw as Counsel for Defendant, Ivonne Perez, as follows:

1. Irreconcilable differences have arisen between Defendant and undersigned counsel, making undersigned's continued representation of Defendant impossible.

2. Undersigned respectfully requests that a hearing on this matter be set as soon as this Court's calendar permits.

**WHEREFORE**, Mark S. Roher, Esq. and the Law Office of Mark S. Roher, P.A. respectfully request that the Court allow for the withdrawal of their representation of Defendant, Ivonne Perez and provide such further relief as deemed just under the circumstances.

Dated: May 21, 2021

        **LAW OFFICE OF MARK S. ROHER, P.A.**
        1806 N. Flamingo Road, Suite 300
        Pembroke Pines, FL 33028
        (954) 353-2200
        Email: mroher@markroherlaw.com

        By: */s/ Mark S. Roher*
            Mark S. Roher, Esq.
            Florida Bar No. 178098
            *Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof has been served electronically via the Court's CM/ECF system to those listed below and via email to **Ivonne Perez** [iperez@oceancoastelectrical.com] on this 21st day of May, 2021.

        By: */s/ Mark S. Roher*
            Mark S. Roher

**James B. Miller, Esq.**
19 W Flagler St #416
Miami, FL 33130
(305) 374-0200
Fax : (305) 374-0250
Email: bkcmiami@gmail.com
*Counsel for Plaintiff*